**Fill in this information to identify the case:**

Debtor 1: Muse Threads, Inc.

Debtor 2: _____
(Spouse, if filing)

United States Bankruptcy Court for the: District of Columbia

Case number: 22-00238-ELG

## Official Form 410
# Proof of Claim
04/22

Read the instructions before filling out this form. This form is for making a claim for payment in a bankruptcy case. Do not use this form to make a request for payment of an administrative expense. Make such a request according to 11 U.S.C. § 503.

**Filers must leave out or redact** information that is entitled to privacy on this form or on any attached documents. Attach redacted copies of any documents that support the claim, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, judgments, mortgages, and security agreements. **Do not send original documents;** they may be destroyed after scanning. If the documents are not available, explain in an attachment.

A person who files a fraudulent claim could be fined up to $500,000, imprisoned for up to 5 years, or both. 18 U.S.C. §§ 152, 157, and 3571.

**Fill in all the information about the claim as of the date the case was filed.** That date is on the notice of bankruptcy (Form 309) that you received.

---

### Part 1: Identify the Claim

**1. Who is the current creditor?**

8fig, Inc.
Name of the current creditor (the person or entity to be paid for this claim)

Other names the creditor used with the debtor: _____

**2. Has this claim been acquired from someone else?**

☑ No
☐ Yes. From whom? _____

**3. Where should notices and payments to the creditor be sent?**

Federal Rule of Bankruptcy Procedure (FRBP) 2002(g)

Where should notices to the creditor be sent?

c/o Mark W. Stout, Padfield & Stout, LLP
Name

420 Throckmorton St., Suite 1210
Number   Street

Fort Worth         TX        76102
City              State     ZIP Code

Contact phone 817-338-1616

Contact email mstout@padfieldstout.com

Where should payments to the creditor be sent? (if different)

Name _____

Number   Street _____

City    State    ZIP Code

Contact phone _____

Contact email _____

Uniform claim identifier for electronic payments in chapter 13 (if you use one):

___ ___ ___ ___ — ___ ___ ___ ___ — ___ ___ ___ ___ — ___ ___ ___ ___

**4. Does this claim amend one already filed?**

☑ No
☐ Yes. Claim number on court claims registry (if known) _____   Filed on ___/___/___
                                                                   MM  / DD / YYYY

**5. Do you know if anyone else has filed a proof of claim for this claim?**

☑ No
☐ Yes. Who made the earlier filing? _____

---

Official Form 410                                Proof of Claim                                       page 1

Doc ID: 5f5ffc24a7f2b8c45f3cc353288748782cfb3d8e

### Part 2: Give Information About the Claim as of the Date the Case Was Filed

**6. Do you have any number you use to identify the debtor?**
- ☒ No
- ☐ Yes. Last 4 digits of the debtor's account or any number you use to identify the debtor: ____ ____ ____ ____

**7. How much is the claim?** $ 117695.05 . Does this amount include interest or other charges?
- ☒ No
- ☐ Yes. Attach statement itemizing interest, fees, expenses, or other charges required by Bankruptcy Rule 3001(c)(2)(A).

**8. What is the basis of the claim?**
Examples: Goods sold, money loaned, lease, services performed, personal injury or wrongful death, or credit card.
Attach redacted copies of any documents supporting the claim required by Bankruptcy Rule 3001(c).
Limit disclosing information that is entitled to privacy, such as health care information.

Master Future Revenue Purchase Agreement - 10/25/2022

**9. Is all or part of the claim secured?**
- ☐ No
- ☒ Yes. The claim is secured by a lien on property.

  **Nature of property:**
  - ☐ Real estate. If the claim is secured by the debtor's principal residence, file a *Mortgage Proof of Claim Attachment* (Official Form 410-A) with this *Proof of Claim*.
  - ☐ Motor vehicle
  - ☒ Other. Describe: $30,000 received, held in trust by Debtor counsel

  **Basis for perfection:** e-mail agreement of Debtor's counsel (Ex. A)
  Attach redacted copies of documents, if any, that show evidence of perfection of a security interest (for example, a mortgage, lien, certificate of title, financing statement, or other document that shows the lien has been filed or recorded.)

  **Value of property:** $ 557509.47
  **Amount of the claim that is secured:** $ 30000
  **Amount of the claim that is unsecured:** $ 87695.05 (The sum of the secured and unsecured amounts should match the amount in line 7.)

  **Amount necessary to cure any default as of the date of the petition:** $ _____

  **Annual Interest Rate** (when case was filed) _____ %
  - ☐ Fixed
  - ☐ Variable

**10. Is this claim based on a lease?**
- ☒ No
- ☐ Yes. Amount necessary to cure any default as of the date of the petition.  $ _____

**11. Is this claim subject to a right of setoff?**
- ☒ No
- ☐ Yes. Identify the property: _____

Official Form 410                Proof of Claim                Doc ID: 5f5ffc24a7f2b8c45f3cc353288748782cfb3d8e    page 2

| 12. Is all or part of the claim entitled to priority under 11 U.S.C. § 507(a)? | ☑ No | |
|---|---|---|
| | ☐ Yes. Check one: | Amount entitled to priority |
| A claim may be partly priority and partly nonpriority. For example, in some categories, the law limits the amount entitled to priority. | ☐ Domestic support obligations (including alimony and child support) under 11 U.S.C. § 507(a)(1)(A) or (a)(1)(B). | $_____ |
| | ☐ Up to $3,350* of deposits toward purchase, lease, or rental of property or services for personal, family, or household use. 11 U.S.C. § 507(a)(7). | $_____ |
| | ☐ Wages, salaries, or commissions (up to $15,150*) earned within 180 days before the bankruptcy petition is filed or the debtor's business ends, whichever is earlier. 11 U.S.C. § 507(a)(4). | $_____ |
| | ☐ Taxes or penalties owed to governmental units. 11 U.S.C. § 507(a)(8). | $_____ |
| | ☐ Contributions to an employee benefit plan. 11 U.S.C. § 507(a)(5). | $_____ |
| | ☐ Other. Specify subsection of 11 U.S.C. § 507(a)(__) that applies. | $_____ |
| | * Amounts are subject to adjustment on 4/01/25 and every 3 years after that for cases begun on or after the date of adjustment. | |

## Part 3: Sign Below

The person completing this proof of claim must sign and date it. FRBP 9011(b).

If you file this claim electronically, FRBP 5005(a)(2) authorizes courts to establish local rules specifying what a signature is.

A person who files a fraudulent claim could be fined up to $500,000, imprisoned for up to 5 years, or both.
18 U.S.C. §§ 152, 157, and 3571.

Check the appropriate box:

☑ I am the creditor.
☐ I am the creditor's attorney or authorized agent.
☐ I am the trustee, or the debtor, or their authorized agent. Bankruptcy Rule 3004.
☐ I am a guarantor, surety, endorser, or other codebtor. Bankruptcy Rule 3005.

I understand that an authorized signature on this *Proof of Claim* serves as an acknowledgment that when calculating the amount of the claim, the creditor gave the debtor credit for any payments received toward the debt.

I have examined the information in this *Proof of Claim* and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on date  03/02/2023
                  MM / DD / YYYY

*Tal Marantz*
Signature

Print the name of the person who is completing and signing this claim:

Name: Tal Marantz
First name    Middle name    Last name

Title: Sales and Operations Executive

Company: 8fig, Inc.
Identify the corporate servicer as the company if the authorized agent is a servicer.

Address: 11801 Domain Blvd., 3rd Floor
Number    Street
Austin                                    TX    78758
City                                      State ZIP Code

Contact phone: 737-297-7976               Email: tal.marantz@8fig.co

Official Form 410    Proof of Claim    page 3

Doc ID: 5f5ffc24a7f2b8c45f3cc353288748782cfb3d8e



| | |
|---|---|
| Title | Muse Threads Proof of Claim Document |
| File name | 2023.03.02 - Muse Threads POC.pdf |
| Document ID | 5f5ffc24a7f2b8c45f3cc353288748782cfb3d8e |
| Audit trail date format | MM / DD / YYYY |
| Status | ● Signed |

## Document History

**SENT** — 03 / 02 / 2023  22:32:54 UTC
Sent for signature to Tal Marantz (tal.marantz@8fig.co) from gbregard@padfieldstout.com
IP: 216.201.219.195

**VIEWED** — 03 / 02 / 2023  22:37:19 UTC
Viewed by Tal Marantz (tal.marantz@8fig.co)
IP: 72.48.140.26

**SIGNED** — 03 / 02 / 2023  22:38:39 UTC
Signed by Tal Marantz (tal.marantz@8fig.co)
IP: 72.48.140.26

**COMPLETED** — 03 / 02 / 2023  22:38:39 UTC
The document has been completed.

Powered by Dropbox Sign

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF COLUMBIA

IN RE:                              §
                                    §   Petition:     22-00238-ELG
MUSE THREADS INC.,                  §
                                    §   Chapter 11
        Debtor-in-Reorganization,   §

# Exhibit "A"

## NOTES AS TO
## PROOF OF CLAIM

NOTE:    The "claim" amount listed in this Proof of Claim, Part Two ¶ 7, is based on the information available to the filing Creditor at this time. Creditor reserves their right to amend and revise the amount of the "claim". The "claim" amount is generated utilizing commercially reasonably efforts.

CLAIM AMOUNT:    $117,695.05

CLAIM CALCULATION:

$557,509.47    Amount of Security Pledged

$30,000.00    Amount Debtor counsel holding in Trust with agreement to return to Creditor; labeled as Secured Debt.

$87,695.05    Amount of Unsecured, Non-Priority Claim.

$117,695.05    Total Amount of Claim

SUMMARY OF CLAIM BASIS:  Creditor has in its custody or control the following documents to establish its claim, namely, but not limited to:

- **Master Future Revenue Purchase Agreement**
- **Mahlon J. Mowrer's E-Mail of Tuesday, January 24, 2023 8:59 PM**

SAFE HARBOR:    This Proof of Claim debt is calculated using best practices and good faith.  The assertion of a claim between Debtor and Creditor is not filed to prejudice Creditors' rights to file an Adversary Proceeding to declare the Claim-Amount nondischargeable.

# # # End # # #