**ALIEN FINANCE**

7/24/2023

Alien Finance, LLC
5830 E 2nd St, Ste 7000 #5788
Casper, Wyoming 82609

RE: NOTIFICATION OF ASSIGNMENT: Breach of Contract between Muse Threads ("Merchant") and 8fig Inc. ("Creditor").

TO WHOM IT MAY CONCERN:

The above-mentioned Stripe, Inc. Merchant entered into a financing agreement ("Financing Agreement") with Creditor on 10/25/2022. This letter constitutes notification that Merchant is in material breach of this Financing Agreement. All of the obligations of Stripe, Inc. to Merchant have been assigned to Creditor, as evidenced by the attached UCC Financing Statement, pursuant to the terms and conditions of Financing Agreement.

Alien Finance, LLC ("Agency") is a collections agency that has been given authority to collect funds on behalf of Creditor.

Pursuant to Section 9-406(a) of the Uniform Commercial Code applicable to the assignment set forth in the Financing Agreement, payment on all obligations owing to the Merchant under its Stripe, Inc. account are to be frozen for the benefit of the Assignee, absent further written instructions from Agency.

| | |
|---|---|
| Balance Owed to Creditor: | **$113,334.43** |
| Name of Merchant: | Muse Threads |
| Merchant Address: | 452 Oakwood St. SE Washington DC 20032 |
| Merchant Token: | **N/A** |
| Merchant Tax ID: | N/A |
| Merchant DBA: | **Muse Threads** |
| Shopify Store Name: | Muse Threads |
| Shopify Store URL: | muse-bamboo-threads.myshopify.com |
| Owner Name(s): | N/A |
| Owner SSN: | N/A |

| | |
|---|---|
| Creditor Email (for Merchant notification only): | *Collections@Alien-finance.com* |
| Creditor Phone (for Merchant notification only): | *N/A* |

Please be advised, in accordance with the Uniform Commercial Code, failure to pay in accordance with these instructions could subject you to liability for double payment. Please do not hesitate to contact the Agency at collections@alien-finance.com if you have any questions regarding the foregoing.

ALIEN FINANCE, LLC

*[signature]*

AD, President