

Telephone: (202) 991-1101  
Toll Free: (855) 987-DEBT

Licensed in DC, VA,  
MD, FL and NV

September 13, 2023

**VIA ELECTRONIC MAIL**
Shopify, Inc.
Attn: Legal Department
legal@shopify.com

Stripe, Inc.
Attn: Legal Department
notices@stripe.com

Re: *In re Muse Threads, Inc.*
Case No. 22-238-ELG (Bankr. D.D.C. 2022)

To Whom it May Concern:

The undersigned and this firm serve as general reorganization counsel to Muse Threads Inc. ("Muse Threads" or the "Debtor"), in connection with the entity's pending Chapter 11 case in the United States Bankruptcy Court for the District of Columbia. This letter is directed to your respective counsel; if the recipient of this letter is not an attorney, please forward this letter to your company's counsel.

As Shopify, Inc. ("Shopify") has been aware since December 2022, Muse Threads is endeavoring to reorganize its affairs pursuant to Title 11 of the United States Code (the "Bankruptcy Code") and, at all times since December 23, 2022, has been a debtor-in-possession in the foregoing bankruptcy court.

I am thusly surprised to learn that (i) Shopify is actively withholding the Debtor's sales proceeds; (ii) Shopify is refusing to permit Muse Threads to use a different payment vendor until such a time as the disputed debt allegedly owed to an affiliate of Shopify is paid; and (iii) Stripe, Inc. ("Stripe") is asserting a right to garnish monies belonging to Muse Threads, on behalf of an as-yet-unidentified third party, through the withholding of monies from Shopify.

For the avoidance of doubt, each of these actions is a wanton and egregious violation of the automatic stay set forth in Section 362 of the Bankruptcy Code. Both of your entities are engaged in one or more ongoing acts "to obtain possession of property of the estate or of property from the estate or to exercise control over property of the estate," 11 U.S.C. § 362(a)(3), in direct contravention of federal law.

**1 of 2**

*We are a debt relief agency. We help people file for bankruptcy relief under the Bankruptcy Code.*



Equally, by withholding monies that belong to Muse Threads, each of your companies are, too, failing to abide by their obligation to "deliver to [Muse Threads], and account for, such property" of the Debtor as is being held. 11 U.S.C. § 542(a).

To be sure, these are not mere, garden variety stay violations and turnover violations. The funds being withheld from Muse Threads have deprived the company of nearly all operating revenue, and now place the entity in a position where it cannot make payroll or pay its post-petition obligations. If these violations are not immediately remedied, Muse Threads will risk collapse and its reorganizational prospects – punctuated by a successful confirmation hearing – will be reduced to proverbial rubble.

Thus, demand is hereby made that each of your companies immediately, without reservation or condition, (i) cease any and all actions to enforce any alleged lien against the monies of Muse Threads; (ii) disburse to Muse Threads all monies being held for its benefit; and (iii) permit Muse Threads to change payment processors without regard to the payment of any related company's claims.

If you fail to do so by the close of business on Friday, September 15, 2023, as memorialized by the cessation of regular trading on the New York Stock Exchange, suit will be brought against both Shopify and Stripe for, *inter alia*, (a) violation of the automatic stay; (b) violation of the Bankruptcy Code's turnover provision; and (c) tortious interference with business relations. Given that such a failure would likely result in the liquidation of Muse Threads – a company that was otherwise on the verge of successfully reorganizing more than $780,000.00 in debts – damages will be sought in the full sum of the harms your companies have elected to perpetrate upon the Debtor and its estate, together with such sums as may be permitted in the form of punitive damages given the truly egregious nature of the actions instantly at issue.

Please do not hesitate to contact me directly if you wish to discuss this matter and please otherwise govern your affairs accordingly.

Sincerely,

Maurice "Mac" VerStandig, Esq.
*For the Firm*

cc:   John Mark King (via electronic mail)
      Whitney Mirts (via electronic mail)

*We are a debt relief agency. We help people file for bankruptcy relief under the Bankruptcy Code.*