# Mac VerStandig

**From:** John Mark King <johnmark@musethreads.com>
**Sent:** Thursday, December 21, 2023 11:57 AM
**To:** Mac VerStandig
**Subject:** Fwd: Your plan has ($38,000.65) due.

Begin forwarded message:

**From:** Team 8fig <team8fig@8fig.co>
**Subject: Your plan has ($38,000.65) due.**
**Date:** December 21, 2023 at 11:54:55 AM EST
**To:** johnmark@musethreads.com
**Reply-To:** team8fig@8fig.co



Hi John mark,

Oops, looks like you missed a payment!

Your current plan has an outstanding balance of funds. This may be due to a failed debit or disconnected account. Let's get this fixed so you can continue on your growth journey.

1

Fix issue

**Important:** Please log in to your account and provide additional information within the next 2 business days. If we don't hear from you, it could result in the cancellation of funding for future Lines.

Book a call

Team 8fig

8fig , 1717 W. 6th St -Austin , Texas

©8fig. All Rights Reserved