The order below is hereby signed.

Signed: May 22 2024



Elizabeth L. Gunn
U.S. Bankruptcy Judge

# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF COLUMBIA

| | |
|---|---|
| **In re:** | **Case No. 22-00238-ELG** |
| **Muse Threads Inc.,**<br>Debtor. | **Chapter 11** |
| **Muse Threads Inc.,**<br>Plaintiff,<br><br>v.<br><br>**8fig, Inc., and**<br>**Alien Finance LLC**<br>Defendants. | **Adv. Pro. 23-10037-ELG** |

## ORDER APPROVING CONSENT TO MEDIATION

On March 15, 2024, the parties in the above-captioned adversary proceeding filed a *Joint Motion for Mediation* (the "Motion") seeking appointment of a judicial mediator in this matter. Upon review of the Motion, and the parties consent it is therefore **ADJUDGED**, **ORDERED**, and **DECREED** that:

1.  This adversary proceeding is hereby referred to mediation (the "Mediation") with the Honorable B. McKay Mignault as mediator (the "Mediator"), who shall schedule a conference call by zoom at a time and date convenient for the Mediator and counsel for the parties to set dates

for the Mediation, deadlines for submission of mediation statements, and to discuss any other matter related to the Mediation.

2.  The Mediation shall be non-binding and the Mediator shall not have the authority to render a decision that shall bind the parties.

3.  No party shall be bound by anything said or done during the Mediation, unless either a written and signed stipulation is entered into or the parties enter into a written and signed agreement.

4.  The Mediation shall be considered a settlement negotiation for the purpose of all federal and state rules protecting disclosures made during such conferences from later discovery or use in evidence. The entire procedure shall be confidential, and no stenographic or other record shall be made except to memorialize a settlement record. All communications and conduct, oral or written, during the Mediation by any party or a party's agent, employee, or attorney are confidential and, where appropriate, are to be considered work product and privileged. Such conduct, statements, promises, offers, views and opinions shall not be subject to discovery or admissible for any purpose, including impeachment, in any litigation or other proceeding involving the parties; provided, however, that evidence otherwise subject to discovery or admissible is not excluded from discovery or admission in evidence simply as a result of it having been used in connection with the Mediation.

5.  In her role as Mediator, the Mediator shall retain the same immunity as she has a judge under Federal law and the common law from liability for any act or omission in connection with the Mediation, and from compulsory process to testify or produce documents in connection with the Mediation.

6. An individual with final authority to settle the matter and to bind the party shall attend the Mediation on behalf of each party.

7. If the case settles in whole or in part, the parties shall advise the Court of the settlement by promptly filing a stipulation of settlement.

[Signed and dated above.]

Copies to: recipients of electronic notice; and:

8fig, Inc.
c/o T. Marantz, Sales & Ops Ex
11801 Domain Blvd., 3rd Floor
Austin, TX 78758

Alien Finance LLC
5830 E 2nd Street, Suite 7000
#5788
Casper, WY 82609

United States Bankruptcy Court

District of Columbia

Muse Threads Inc,
    Plaintiff

Adv. Proc. No. 23-10037-ELG

8fig, Inc.,
    Defendant

# CERTIFICATE OF NOTICE

District/off: 0090-1      User: admin      Page 1 of 1
Date Rcvd: May 22, 2024      Form ID: pdf001      Total Noticed: 3

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 24, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| dft | + | 8fig, Inc., c/o T. Marantz, Sales & Ops Ex, 11801 Domain Blvd., 3rd Floor, Austin, TX 78758-3430 |
| dft | + | Alien Finance LLC, 5830 E 2nd Street, Suite 7000, #5788, Casper, WY 82609-4308 |

TOTAL: 2

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| ust | + | Email/Text: ustpregion04.ax.ecf@usdoj.gov | May 22 2024 21:58:00 | U. S. Trustee for Region Four, U. S. Trustee's Office, 1725 Duke Street, Suite 650, Alexandria, VA 22314-3489 |

TOTAL: 1

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.
NONE

# NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 24, 2024      Signature:      /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 22, 2024 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Maurice Belmont VerStandig | on behalf of Plaintiff Muse Threads Inc mac@mbvesq.com lisa@mbvesq.com;mac@dcbankruptcy.com;verstandig.mauricer104982@notify.bestcase.com;verstandiglaw@recap.email |

TOTAL: 1