Maurice B. VerStandig, Esq.
Bar No. MD18071
The Belmont Firm
1050 Connecticut Avenue, NW, Suite 500
Washington, DC 20036
Phone: (202) 991-1101
mac@dcbankruptcy.com
*Counsel for Muse Threads, Inc.*

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| In re: | Case No.: 22-238-ELG |
| Muse Threads, Inc., | Chapter 11 |
| Debtor. | (Subchapter V) |
| _____/ | |
| Muse Threads, Inc. | Case No.: 23-10037-ELG |
| Plaintiff, | |
| v. | |
| 8fig, Inc. | |
| and | |
| Alien Finance LLC | |
| Defendants | |
| _____/ | |

## AFFIDAVIT OF SERVICE

I HEREBY CERTIFY that on July 17, 2024, I caused a copy of the Complaint and exhibits

thereto (DE #1); the summons to 8fig, Inc. (DE #13); and the summons to Alien Finance LLC (DE

#13-1) to be sent, via US Mail, postage prepaid, to:

1

8FIG, INC.
11801 DOMAIN BLVD.
FLOOR 3
AUSTIN TX 78758

8FIG, INC.
C/O VCORP SERVICES, LLC
1999 BRYAN STREET, SUITE 900
DALLAS TX 75201

ALIEN FINANCE LLC
5830 E 2ND STREET
SUITE 7000 #5788
CASPER WY 82609

ALIEN FINANCE LLC
C/O REPUBLIC REGISTERED AGENT LLC
5830 E 2ND ST STE 7000
CASPER WY 82609

Respectfully submitted,

Dated: July 20, 2024         By:      /s/ Maurice B. VerStandig
                                      Maurice B. VerStandig, Esq.
                                      Bar No. MD18071
                                      The Belmont Firm
                                      1050 Connecticut Avenue, NW, Suite 500
                                      Washington, DC 20036
                                      Phone: (202) 991-1101
                                      mac@dcbankruptcy.com
                                      *Counsel for the Debtor*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 20th day of July, 2024, a copy of the foregoing was

served electronically, upon all parties hereto, via this Honorable Court's CM/ECF system.

/s/ Maurice B. VerStandig
Maurice B. VerStandig