The order below is hereby signed.

Signed: May 13 2026



_Elizabeth L. Gunn_
_U.S. Bankruptcy Judge_

## UNITED STATES BANKRUPTCY COURT
### DISTRICT OF COLUMBIA

| | |
|---|---|
| **In re:** | |
| **Muse Threads Inc.,** | **Case No. 22-00238-ELG** |
| **Debtor.** | **Chapter 7** |
| | |
| **Muse Threads Inc.,** | **Adv. Pro. 23-10037-ELG** |
| **Plaintiff,** | |
| **v.** | |
| **8fig, Inc. et al.,** | |
| **Defendants.** | |

### ORDER ESTABLISHING DEADLINES AND SETTING HEARING

On November 13, 2023, Muse Threads Inc. (the "Plaintiff") and 8fig, Inc. and Alien Finance LLC (together, the "Defendants") appeared before the Court and represented that a notice of dismissal would be filed in the instant adversary proceeding. As of the date of entry of this Order, however, the adversary proceeding remains pending before the Court.

Therefore, it is **ORDERED**, **ADJUDGED**, and **DECREED** that:

1.      On or before **May 27, 2026**, the Plaintiff and the Defendants shall each file a response articulating why the instant adversary proceeding should not be dismissed.

2.      If neither party files a response, then the Court shall dismiss the adversary proceeding.

3.      If the adversary proceeding has not been dismissed, Plaintiff's counsel and Defendants' counsel shall appear before the Court on **July 1, 2026** at **12:00 P.M.** in Courtroom 1, 333 Constitution Avenue NW, Washington, D.C. 20001.

[Signed and dated above.]

Copies to: recipients of electronic notification